**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDUARDO CORONA, an individual ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FORD MOTOR COMPANY, a corporation; ) <br> and DOES 1 through 10, inclusive ) <br> ) <br> Defendants. ) | Case No. 4:17-cv-05677- HSG <br><br> **[PROPOSED] ORDER REGARDING REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

The parties have stipulated to continue the Case Management Conference to allow them more time to finalize the settlement of this matter. Good cause appearing, the Court ORDERS:

1. The Case Management Conference scheduled for January 9, 2018 is continued to February 6, 2018 at 2:00 p.m.;
2. The parties shall file the Rule 26(f) Report and Case Management Conference Statement, and ADR stipulation no later than January 29, 2018.

**IT IS SO ORDERED**.

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT

-1-
[PROPOSED] ORDER REGARDING REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
Case No. 4:17-cv-05677- HSG