Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO CORONA, an individual | Case No. 4:17-cv-05677- HSG |
| Plaintiff, | **ORDER REGARDING REQUEST FOR FURTHER CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| v. | |
| FORD MOTOR COMPANY, a corporation; and DOES 1 through 10, inclusive | |
| Defendants. | |

The parties have stipulated to continue the Case Management Conference to allow them more time to finalize the settlement of this matter. Good cause appearing, the Court ORDERS:

1. The Case Management Conference scheduled for February 6, 2018 is continued to March 6, 2018 at 2:00 p.m.;
2. The parties shall file the Rule 26(f) Report and Case Management Conference Statement, and ADR stipulation no later than February 27, 2018.

**IT IS SO ORDERED**.

Dated: January 26, 2018

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1144963/36420595v.1

ORDER REGARDING REQUEST FOR FURTHER CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

Case No. 4:17-cv-05677- HSG