ROSNER, BARRY & BABBITT, LLP
Hallen D. Rosner, SBN 109740
Jeffrey L. Le Pere, SBN 201787
10085 Carroll Canyon Road, Suite 100
San Diego, California 92131
Telephone: (858) 348-1005
Facsimile: (858) 348-1150
hal@rbblawgroup.com
jeff@rbblawgroup.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

EDUARDO CORONA, an individual,

Plaintiff,

v.

FORD MOTOR COMPANY, a
corporation; and DOES 1 through 10,
inclusive,

Defendants.

Case No. 4:17-CV-05677-HSG

**[PROPOSED] ORDER ON
STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO FRCP
41(a)(1)(A)(ii)**

Judge: Hon. Haywood S. Gilliam, Jr.
Ctrm: 2-4th Floor

Complaint Filed: October 4, 2017
Trial Date: None Set

On July 6, 2018, Plaintiff EDUARDO CORONA along with Defendant FORD MOTOR COMPANY entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.

Dated:   7/10/2018

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge
Northern District of California